UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:22-cv-07850-WDK-(JCx)                          Date: January 18, 2023

Title      G and G Closed Circuit Events, LLC., v. Maria Delaluz Santiago

Present: The Honorable:   William D. Keller, Senior United States District Judge

| Kelly Davis | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers) ORDER TO SHOW CAUSE

In light of the Default by Clerk [10] entered December 15, 2022, the Court, on its own motion, ORDERS plaintiff to show cause in writing no later than **FEBRUARY 17, 2023**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff, the Court will consider the filing of a **Motion for Default Judgment** (Fed. R. Civ. P. 55(b)) on or before that date.

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently. If necessary, plaintiff must also pursue Rule 55 remedies promptly upon the default of any defendant.

No oral argument on this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

IT IS SO ORDERED.

:

**Initials of Preparer**   kd