JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MARIA DELALUZ SANTIAGO,**<br><br>Defendant. | Case No. CV 22-07850 WDK (JCx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendant Maria Delaluz Santiago, individually and d/b/a Marisqueria El Tejado, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendant Maria Delaluz Santiago, individually and d/b/a Marisqueria El Tejado, as follows:

(a) defendant Maria Delaluz Santiago, individually and d/b/a Marisqueria El Tejado, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $5,000.00 in total damages plus attorneys' fees in the amount of $700.00 plus costs.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendant, or the pro se defendant in this matter.

Dated: July 27, 2023

_____
William Keller
United States District Judge